UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LUKAS ZAK, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00269-JAW |
| | ) | |
| | ) | |
| KEVIN K. MCALLEENAN, et als., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION FOR EXPEDITED HEARING ON PETITION FOR WRITS OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**

On July 14, 2017, the Petitioners filed a motion for expedited hearing on their recently-filed petition for writs of habeas corpus.  *Mot. for Expedited Hr'g on Pet. for Writs of Habeas Corpus Pursuant to 28 U.S.C. § 2241* (ECF No. 3).  In response to the motion, the Court quickly scheduled and held a conference of counsel on July 17, 2017.  *Min. Entry* (ECF No. 7).  After discussion, the Court ordered that this matter be stayed pending the outcome of a related matter.  *Id*.  There has been no further substantive action on the case since then.

The Court therefore DISMISSES without prejudice the Motion for Expedited Hearing on Petition for Writs of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 3).  The Court also ORDERS the parties to submit a status report on the pending petition by January 12, 2018.

SO ORDERED.

/s/ John A. Woodcock, Jr.
United States District Judge

Dated this 28th day of December, 2017.